UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRODERICK WARFIELD,<br><br>                    Plaintiff,<br><br>        v.<br><br>SOLANO COUNTY SUPERIOR COURT,<br><br>                    Defendant. | Case No.  2:26-cv-00065-DJC-CKD PS<br><br>ORDER<br><br>(ECF No. 4.) |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On April 13, 2026, the Magistrate Judge filed Findings and Recommendations (ECF No. 4), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 4).  No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the Findings and Recommendations with respect to dismissal are supported by the record and by proper analysis. However, given that in his First Amended Complaint (ECF No. 5), Petitioner now asserts claims against federal defendants (as opposed to the Solano County Superior Court, as initially named), the Magistrate Judge's denial of leave to amend his Fifth Amendment cause of action for failure to name a federal official appears to have been premature.  Accordingly, the Court will

permit Plaintiff to amend his Complaint to state a cause of action under the Fifth Amendment if he so chooses.

The Court notes that Plaintiff has already filed a First Amended Complaint that has not yet been screened (ECF No. 5).  Given the Findings and Recommendations in this Order, Plaintiff is directed to either file a Second Amended Complaint or elect to proceed on his initial complaint as screened.  Within 30 days of today's date, he may file a Second Amended Compliant that contains a Fifth Amendment claim in addition to those pled in his Amended Complaint.  Plaintiff is cautioned that any amended complaint must contain all of the causes of action he wishes to pursue.  Any Second Amended cannot reference a prior complaint, including the First Amended Complaint.

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendations (ECF No. 4) are ADOPTED IN PART;

2.      Plaintiff's First, Fourth, Fifth, Eighth, and Fourteenth Amendment claims are DISMISSED with leave to amend.

3.      Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The amended complaint must bear the docket number assigned to this case and must be labeled "Second Amended Complaint."  If Plaintiff does not file a Second Amended Complaint, this action will proceed on Plaintiff's initial complaint as screened.

4.      This matter is referred back to the assigned Magistrate Judge.

IT IS SO ORDERED.

Dated:   **May 1, 2026**

*Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2